**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-23303-COOKE/REID**

**Honorable Lisette M. Reid, United States Magistrate Judge for the Southern District of Florida**

**Order of Reference Date:  October 12, 2021**

| | |
|---|---|
| JERALD VARGAS MALESPIN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LONGEVERON INC., GEOFF GREEN, JAMES CLAVIJO, JOSHUA M. HARE, DONALD M. SOFFER, NEIL E. HARE, and ROCK SOFFER,<br><br>    Defendants. | Case No. 21-cv-23303-MGC |

**NOTICE OF SETTLEMENT**

Lead Plaintiff John Bosico and Defendants Longeveron Inc., Geoff Green, James Clavijo, Joshua M. Hare, Donald M. Soffer, Neil E. Hare, Rock Soffer, EF Hutton f/k/a Kingswood Capital Markets, and Alexander Capital L.P (collectively, "Defendants" and along with Plaintiff, "the Parties") hereby notify the Court that they have reached a binding agreement to settle this case, and are preparing a stipulation memorializing their settlement and a motion for preliminary approval for the Court's consideration.

Accordingly, the Parties respectfully request that Court defer all pending deadlines to give the parties time to document their settlement and submit the appropriate papers to the Court for its consideration.

Dated:  July 14, 2022  Respectfully submitted,

                                    **THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence M. Rosen*
    Laurence M. Rosen
    Jonathan Stern, Esq.
    275 Madison Avenue, 40th Floor
    New York, New York 10016
    Telephone: (212) 686-1060
    Facsimile:  (212) 202-3827
    lrosen@rosenlegal.com
    jstern@rosenlegal.com

*Attorney for Lead Plaintiff John Bosico*

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Carl Goldfarb*
    Carl Goldfarb
    401 E. Las Olas Blvd. Suite 1200
    Fort Lauderdale, Florida 33301
    Telephone: (954) 377 4203
    Facsimile:  (954) 356-0022
    cgoldfarb@bsfllp.com

By: */s/ Stephen N. Zack*
    Stephen N. Zack
    100 SE Second Street, Suite 2800
    Miami, Florida 33131
    Telephone: (305) 539-8400
    Facsimile:  (305) 539-1307
    szack@bsfllp.com

    *Attorneys for Defendants*