UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-23303-CIV-COOKE

**JERALD VARGAS MALESPIN**,
Individually and On Behalf of All Others
Similarly Situated,

  Plaintiff,

v.

**LONGEVERON INC., GEOFF GREEN**,
**JAMES CLAVIJO**, **JOSHUA M. HARE**,
**DONALD M. SOFFER**, **NEIL E. HARE**,
and **ROCK SOFFER**,

  Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Settlement [ECF No. 40], filed on July 14, 2022. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of July, 2022.

*[signature: Cecilia M. Altonaga]*
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record