UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-23303-COOKE/REID**

**Honorable Lisette M. Reid, United States Magistrate Judge for the Southern District of Florida**

JERALD VARGAS MALESPIN, individually and
on behalf of all others similarly situated,

Plaintiff,

vs.

LONGEVERON INC., GEOFF GREEN, JAMES
CLAVIJO, JOSHUA M. HARE, DONALD M.
SOFFER, NEIL E. HARE, ROCK SOFFER, EF
HUTTON F/K/A KINGSWOOD CAPITAL
MARKETS, and ALEXANDER CAPITAL L.P.

Defendants.

_____ /

**JOINT MOTION TO REOPEN CASE**

The Parties, Lead Plaintiff John Bosico, and Defendants defendant Longeveron Inc., Geoff Green, James Clavijo, Joshua M. Hare, Donald M. Soffer, Neil E. Hare, Rock Soffer, EF Hutton, division of Benchmark Investments f/k/a Kingswood Capital Markets, and Alexander Capital L.P. by and through their undersigned counsel, pursuant to this Court's Administrative Order Closing Case [ECF No. 41], hereby move this Court for the entry of an Order Re-Opening this Case, and as grounds therefore states as follows:

1. The Clerk of the Court was previously directed to administratively close this case. *See* Administrative Order Closing Case [ECF No. 41].

1

2.   This Court retained jurisdiction and further ordered that the case would be restored to the active docket upon Court Order following motion of a party.

3.   On March 27, the parties entered into a stipulation of settlement, and concurrently herewith Plaintiff files a motion for preliminary approval of class action settlement.

4.   Due to the passing recent passing of Judge Marcia G. Cooke, this matter requires reassignment to another judge for the purpose of hearing settlement related matters.

5.   Accordingly, the parties move that this case be re-opened and restored to this Court's active docket for the purposes of consideration of the proposed settlement.

6.   In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have a United States Magistrate Judge conduct any and all proceedings in the case with respect to the parties' proposed settlement, including preliminary approval, final approval, an award of fees and expenses, and distribution of settlement funds.

WHEREFORE, The Parties respectfully requests this Court grant the Parties Motion to re-open the case.

Dated:  March 28, 2023                                     Respectfully submitted,


                                                          **THE ROSEN LAW FIRM, P.A.**

                                                          By: */s/ Laurence M. Rosen*
                                                              Laurence M. Rosen
                                                              Jonathan Stern (admitted pro hac vice)
                                                              Ha Sung Kim (admitted pro hac vice)
                                                              275 Madison Avenue, 40th Floor
                                                              New York, New York 10016
                                                              Telephone: (212) 686-1060
                                                              Facsimile:  (212) 202-3827
                                                              lrosen@rosenlegal.com

2

jsten@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**BOIES SCHILLER FLEXNER LLP**

By: */s/Carl Goldfarb*
    Carl Goldfarb
    401 E. Las Olas Blvd. Suite 1200
    Fort Lauderdale, FL, 33301
    Telephone: (954) 377 4203
    Facsimile:  (954) 356-0022
    cgoldfarb@bsfllp.com

By: */s/Stephen N. Zack*
    Stephen N. Zack
    100 SE Second Street, Suite 2800
    Miami, FL 33131
    Telephone: (305) 539-8400
    Facsimile:  (305) 539-1307
    szack@bsfllp.com

*Attorneys for Defendants*