**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-23303-COOKE/REID**

**Honorable Lisette M. Reid, United States Magistrate Judge for the Southern District of Florida**

JERALD VARGAS MALESPIN, individually
and on behalf of all others similarly situated,

Plaintiff,

vs.

LONGEVERON INC., GEOFF GREEN, JAMES
CLAVIJO, JOSHUA M. HARE, DONALD M.
SOFFER, NEIL E. HARE, ROCK SOFFER, EF
HUTTON F/K/A KINGSWOOD CAPITAL
MARKETS, and ALEXANDER CAPITAL L.P.

Defendants.

_____  /

**ORDER ON JOINT MOTION TO REOPEN CASE**

This matter comes before the Court on The Parties' Joint Motion to Re-Open Case.

Upon due consideration, and the Court having been duly advised in the premises, it is

hereby ORDERED AND ADJUDGED that:

1. The Parties' Joint Motion to Reopen is Granted, and

2. The Clerk shall re-open this matter, and

3. This matter shall be re-assigned to a United States District Judge, and

4. In accordance with the provisions of 28 U.S.C. § 636(c), pursuant to the parties'

agreement, the United States Magistrate Judge assigned to this case will conduct any and all

1

proceedings in the case with respect to the parties' settlement, including preliminary approval, final approval, an award of fees and expenses, and distribution of settlement funds.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida on this ____ day of _____, 2023.

_____

United States District Judge