**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-23303-COOKE/REID**

**Honorable Lisette M. Reid, United States Magistrate Judge for the Southern District of Florida**

JERALD VARGAS MALESPIN, individually
and on behalf of all others similarly situated,

      Plaintiff,

vs.

LONGEVERON INC., GEOFF GREEN,
JAMES CLAVIJO, JOSHUA M. HARE,
DONALD M. SOFFER, NEIL E. HARE,
ROCK SOFFER, EF HUTTON F/K/A
KINGSWOOD CAPITAL MARKETS, and
ALEXANDER CAPITAL L.P.

      Defendants.

_____/

**DECLARATION OF JONATHAN STERN IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**

I, Jonathan Stern, declare as follows pursuant to 28 U.S.C. §1746:

1.      I am an attorney duly licensed to practice law in New York. I am admitted *pro hac vice* to practice before this Court in this action.

2.      I am a partner of The Rosen Law Firm, P.A., Counsel for the Class in this litigation (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3.      Attached as Exhibit 1 is a true and correct copy of The Rosen Law Firm, P.A.'s resume.

1

4.      Attached as Exhibit 2 is a true and correct copy of an excerpt of Securities Class Action Settlements, 2022 Review and Analysis (Cornerstone Research, 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: March 28, 2023                                    **THE ROSEN LAW FIRM, P.A.**

/s/ *Jonathan Stern*
Jonathan Stern
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
 Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th of March, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Laurence M. Rosen*
Laurence M. Rosen