**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-23303- ALTMAN/Brannon**

**Honorable Roy K. Altman, United States District Judge for the Southern District of Florida**

JERALD VARGAS MALESPIN, individually
and on behalf of all others similarly situated,

     Plaintiff,

vs.

LONGEVERON INC., GEOFF GREEN,
JAMES CLAVIJO, JOSHUA M. HARE,
DONALD M. SOFFER, NEIL E. HARE,
ROCK SOFFER, EF HUTTON F/K/A
KINGSWOOD CAPITAL MARKETS, and
ALEXANDER CAPITAL L.P.,

     Defendants.

_____ /

**DECLARATION OF JONATHAN STERN ON BEHALF OF THE ROSEN LAW FIRM, P.A. CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Jonathan Stern, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1.     I am an attorney duly licensed to practice law in New York.  I am duly admitted *pro hac vice* to practice before this Court.

2.     I am a partner of The Rosen Law Firm, P.A., Class Counsel in this litigation (the "Action").  I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3.     The Rosen Law Firm, P.A. has led this Action from appointment as counsel for lead plaintiff on February 4, 2022 and continuing throughout all other aspects of this Action.

4.      My firm rendered the following legal services in connection with the prosecution of this Action: conducted case investigation and assessment of the factual and legal bases of the action; communicated with clients; prepared the motion for appointment of lead plaintiff and lead counsel; researched and prepared the amended complaint; engaged in settlement negotiations; prepared and negotiated settlement documents; and prepared motions and briefs in support of approval of the Settlement.

5.      The chart below is a summary of time expended by the attorneys and professional staff of The Rosen Law Firm, P.A. on this Action, and the lodestar calculation based on their current billing rate.  The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm.  Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart:

| Professional (position)* | Hourly Rate | Years Experience | Hours Worked | Lodestar |
|---|---|---|---|---|
| Laurence M. Rosen (P) | $1,075 | 33 | 15 | $16,125.00 |
| Phillip Kim (P) | $1,025 | 20 | 1.4 | $1,505.00 |
| Jacob Goldberg (P) | $1,025 | 30 | 0.7 | $752.50 |
| Jonathan Horne (P) | $875 | 12 | 2.3 | $2,012.50 |
| Jonathan Stern (P) | $875 | 14 | 166 | $145,250.00 |
| Erica Stone (C) | $800 | 9 | 4.4 | $3,520.00 |
| Ha Sung (Scott) Kim (A) | $625 | 5 | 226 | $141,250.00 |
| Ryan Hedrick (A) | $550 | 3 | 1.9 | $1,045.00 |
| Zachary Stanco (PL) | $275 | N/A | 8 | $2,200.00 |
| Total | | | 425.7 | $313,660 |

* Partner (P), Counsel (C), Associate (A), Paralegal (PL)

6.      From the inception of this Action through May 19, 2023, my firm performed a total of 425.7 professional work hours in the prosecution of this Action.  The total lodestar amount for

my firm is $313,660.  The lodestar multiplier, assuming the Court grants Class Representatives' motion for attorneys' fees in full, is 1.485.

7.     The Rosen Law Firm expended a total of $27,035.75 in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

### LIST OF UNREIMBURSED EXPENSES

| | |
|---|---|
| Online computer legal research and online access to filings | $262.32 |
| Expert and Investigator Fees | $20,886.00 |
| Process server fees | $87.00 |
| Press releases to class members | $3,949.43 |
| Travel/transportation/hotels | $1,451.00 |
| Pro Hac Vice and Certificate of Good Standing Fees | $400.00 |
| **Total expenses** | $27,035.75 |

8.     The expenses set forth above are reflected in the firm's books and records.  These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

9.     Attached hereto as Exhibit 1 are copies of unpublished orders supporting the attorneys' fee request.

10.    Attached hereto as Exhibit 2 is the firm resume of The Rosen Law Firm, P.A.

11.    Attached hereto as Exhibit 3 is the Declaration of John Bosico.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 19th day of May, 2023 at New York, NY.

_/s/ Jonathan Stern_