# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-23303- ALTMAN/Brannon**

**Honorable Roy K. Altman, United States District Judge for the Southern District of Florida**

JERALD VARGAS MALESPIN, individually
and on behalf of all others similarly situated,

       Plaintiff,

vs.

LONGEVERON INC., GEOFF GREEN,
JAMES CLAVIJO, JOSHUA M. HARE,
DONALD M. SOFFER, NEIL E. HARE,
ROCK SOFFER, EF HUTTON F/K/A
KINGSWOOD CAPITAL MARKETS, and
ALEXANDER CAPITAL L.P.

       Defendants.

_____/

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING:**
**(A) MAILING OF THE NOTICE AND PROOF OF CLAIM AND RELEASE FORM;**
**AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fifteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.    Pursuant to the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, dated May 12, 2023, (Dkt. No. 53) (the "Preliminary Approval

Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action.[1]   I submit this declaration as a supplement to the previously filed Declaration of Margery Craig Concerning: (A) CAFA Notice Mailing; (B) Mailing of the Notice and Proof of Claim and Release Form; (C) Publication of the Summary Notice; and (D) Report on Requests for Exclusion and Objections, dated September 5, 2023 (Dkt. No. 57-2) (the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

## UPDATE ON MAILING OF THE NOTICE AND PROOF OF CLAIM AND RELEASE FORM

3.       As reported in the Initial Mailing Declaration, SCS mailed or emailed 2,270 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. An additional 13,394 Notice and Proof of Claim and Release Forms were mailed to potential Settlement Class Members and nominees by SCS or nominees.  SCS was also notified by a nominee that they emailed 10,005 of their customers to notify them of this settlement and provided the link to the Notice and Proof of Claim and Release Form. Since the Initial Mailing Declaration, no additional Notice and Proof of Claim and Release Forms have been mailed and no additional emails with the link to the Notice and Proof of Claim and Release Form were sent.  In total, as of the date of this declaration, 23,399 potential Settlement Class Members were either mailed a

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated April 28, 2023 (Dkt. No. 48) (the "Stipulation").

Notice and Proof of Claim and Release Form or emailed the link to the Notice and Proof Claim and Release Form.

### UPDATE ON TOLL-FREE TELEPHONE LINE

4.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for potential Settlement Class Members to call and obtain information about the Settlement.  SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

### UPDATE ON SETTLEMENT WEBPAGE

5.      The Initial Mailing Declaration also noted that on May 19, 2023, SCS established a webpage on its website at www.strategicclaims.net/Longeveron.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains a current status of the case; the case deadlines; the online claim filing link; and important case documents. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information. To date, there have been 3,305 page views by 963 unique users.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6.      The Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than August 25, 2023. As of the date of this declaration, SCS has received no request for exclusion.

7.      According to the Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, Class Counsel's motion for attorneys' fees and expenses and application for an award to Class Representative, and/or that you think the Court should not approve the Settlement must be submitted to Class Counsel, Counsel for the Defendants, and the

Clerk of the Court, such that they were received no later than September 26, 2023.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were filed.

## CLAIMS RECEIVED TO DATE

8.      The claims filing deadline was either submitted online or postmarked no later than September 8, 2023.  SCS is currently processing the claims received, including conducting quality assurance reviews, such as verifying required supporting documentation was submitted with the claim, detecting duplicated claims, etc.  Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of October 2023, in Media, Pennsylvania.

_____
Margery Craig